UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GREGORY TYRONE DOTSON ]
    Plaintiff, ]
        ]   No. 3:13cv1135
v. ]   (No. 3:13-mc-0087)
        ]   Judge Campbell
CHARLES E. WALKER, et al. ]
    Defendants. ]

## MEMORANDUM

The plaintiff, proceeding pro se, is an inmate at the Riverbend Maximum Security Institution in Nashville. He brings this action against Charles Walker, a member of the Davidson County Bar; Deborah Housel, an Assistant District Attorney for Davidson County; Monte Watkins, a Davidson County Criminal Court Judge; and Mr. Carpenter, Warden at Riverbend; asking that a conviction be overturned.

In August, 2011, on the advice of Charles Walker, the plaintiff pled guilty to vandalism. This charge came about when the plaintiff damaged a sprinkler at Riverbend during a suicide attempt. For this crime, he received a sentence of six years and one month.

The plaintiff claims that he should have been convicted of a misdemeanor rather than a felony. He claims that the defendants have interfered with his right of access to the courts by not

helping him with his efforts to overturn that conviction.

A prisoner has a First Amendment right of access to the courts. Bounds v. Smith, 430 U.S. 817, 821-823 (1977). To demonstrate a violation of that right, the plaintiff must show that the defendants' conduct in some way prejudiced the filing or prosecution of a legal matter. Kensu v. Haigh, 87 F.3d 172, 175 (6th Cir.1996).

In this regard, the plaintiff acknowledges that he has filed post-conviction and habeas corpus petitions in the state courts in an attempt to overturn the conviction. There has been no showing that the defendants did anything to impede the plaintiff's ability to pursue his legal options in this matter. Consequently, the plaintiff has failed to state a claim upon which relief can be granted.

Having failed to state a claim upon which relief can be granted, the Court is obliged to dismiss the complaint *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

Todd Campbell
United States District Judge